NUMBER 13-00-186-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


ADVANTUM HOME HEALTH AGENCY, INC.

D/B/A CARIS HOME HEALTH AGENCY, ET AL.
, Appellants,


v.



DVI BUSINESS CREDIT CORPORATION
, Appellee.

____________________________________________________________________


On appeal from the 14th District Court


of Dallas County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Rodriguez and

Kennedy(1)

Opinion Per Curiam


 Appellants', ADVANTUM HOME HEALTH AGENCY, INC. D/B/A
CARIS HOME HEALTH AGENCY, ET AL., perfected an appeal from a
judgment entered by the 14th District Court of Dallas County, Texas, in
cause number CV99-02279. After the record was filed, appellants' filed
a motion to dismiss the appeal. In the motion, appellants' state that
they no longer wishes to prosecute this appeal. Appellants' request that
this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants'
motion to dismiss the appeal, is of the opinion that the motion should be
granted. Appellants' motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 29th day of June, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex. Gov't Code Ann.
§74.003 (Vernon 1998).